NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RAMOND L. WALKER, JR.,                )
DOC #R44816,                          )
                                      )
      Appellant,                      )
                                      )
v.                                    )     Case No. 2D18-3621
                                      )
STATE OF FLORIDA,                     )
                                      )
      Appellee.                       )
_____)

Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.


PER CURIAM.


      Affirmed.


SLEET, BADALAMENTI, and SMITH, JJ., Concur.